IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

-FILED-
NOV 18 2022
At ______ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

JAMES DARREN EASTRIDGE

VS. CASE Number 1:22CV421
TO be supplied by clerk of COURT

(Full name of defendant(s))

PRESIDENT - JASON WOOLDRIDGE
WOOLDRIDGE CONSTRUCTION GROUP, INC.
WOOLDRIDGE HOMES, INC,
WOOLDRIDGE LOGISTICS, INC,

A. PARTIES

1. Plaintiff is a citizen of INDIANA (STATE), and is Located at
501 EAST COURT AVE JEFFERSONVILLE 47130
(Address of prison or Jail)
CLARK COUNTY DETENTION CENTER

2. Defendant Jason WOOLDRIDGE (Name)

is a person or private corporation a citizen of INDIANA (State, if known)

and (if a person) resides at 1214 WEAVER RD MEMPHIS 47143 (Address, if known)

and (if the defendant harmed you while doing the defendant's Job)

worked for Jason Wooldridge
15002 Railroad street memphis, Indiana 47143

WOOLDRIDGE CONST Group INC,
WOOLDRIDGE HOMES INC,
WOOLDRIDGE LOGISTICS INC,

B. STATEMENT OF CLAIM

On The Space provided on the Following pages, Tell
1. who violated your rights;
2. what each Defendant did;
3. When They did it;
4. where it happened; and
5. why They did it, if you know.

ON 8-5-2020 my commercial Drivers license WAS suspended For a NON commercial Drivers License Traffic infraction For 1 year.
I DiD NOT Recieve From INDIANA Bureau OF MOTOR VEHicle OF Suspension.
I DiD Realize From COURT That I would accumulate points From Traffic infraction
I DiD NOT know That my commercial Drivers License would Be effected By personal vehicle Traffic infractions

So I WAS Hired By Jason wooldridge, wooldridge construction Group INC, wooldridge Homes. INC, wooldridge LOGISTICS. INC,

ON September 21, 2020 Approximately 45 DAYS AFTER suspension OF my commercial Drivers License.

I Received A LeTTer From INDiana Bureau OF MOTOR Vehicle IN August OF 2021 STATEing THAT my commercial Drivers License was ReinSTATED ON 8-5-2021
AFTer 6 month's OF employment without missing a day or Late I was Refused $3,000 Dollar sign on Bonus.

AFTER i Received The ReinStatment Letter From Bureau of Motor vehicle I went To THE president Jason wooldridge And questioned Him about my Drivers License Being Suspended During The 1 year of Employment AND HE STATED THAT HE DIDN'T HAVE a clue WHAT I WAS TAlking ABOUT.

HE AlSo STATED That iT WAS NOT His Responsability To keep up with my Driving priviliges.

AND Jason wooldridge Also STATED That my license was Good Now i ASSume Because i WAS in possession OF my ReinsTatement From INDiana Bureau OF motor VeHicle.

I continued To work But Look For a New JoB in process.

THis caused Animosaty, conflict, And Hostile enviroment So on 11-26-2021 I WAS Terminated From my JoB AS A Truck Driver Jason wooldRidge Slandered my Name To company IT's very clear THaT I WAS Discriminated AGAinsT, And Retaliation FoR Confronting Federal motor carrier Safety Regulation Violations. under ⟶

complaince with IC 8-2.1-24-18 / Federal 49 CFR parts 40, 373, 380, 382 Through 387, 390 Through 393, and 395 Through 398 are incorporated by INDiana Law

1. private carrier, common carrier, contract carrier, motor carrier, Motor carrier property, INTRASTATE Hazardous material shipper and ect,

Carrier otherwise exempt under section 3 of This chapter, must comply with The Federal Regulations incorporated under this Subsection whether engaged in interstate or intrastate Commerce

A) Before Jan 1, 1991 has Successfully Completed a course of instruction approved by The UNITED STATES DEPARTMENT OF TRANSPORTATION

B) MAINTAINS an acceptable Competency Level as established by The STATE Police Department on The enforcement of 49 CFR.

MAY upon Demand, INSPECT THE Books, Accounts, papers, Records, memoranda, Equipment, and premises of any Carrier, including a carrier exempt Under Section 3 of This chapter

IC 22-9-2-2 UNFAIR employment practices

IC 22-5-4-1 conditions of employment, Discrimination

IC 22-8-1.1-38.1
Discrimination against employee Filing complaint or Testifying, complaint, Remedy, Notice of Determination To Do so

I Filed For unemployment AND president Jason Wooldridge GAVE FAlse STATEment And Also committed perjury
IC 27-2-16-3 False statement claims, INSurance
IC 12-32-1-7 crime To make False, Fictitous or Fraudulent statement or Representation

Title VII of The civil Rights act of 1964

Disparate Treatment arises when an employer Treats Some people Less Favorable Than others.
Frank v. United Airlines inc. 216 F.3d 845, 853 (9th cir 2000) Fletchers

C. JURISDICTION

☒ I AM Suing for a violation of Federal Law under 28 U.S.C § 1331

☐ I Am Suing under state Law. The state citizenship of the plaintiff(s) is (are) different From state citizenship of every defendant, and the amount of money at stak in case (not counting intrest and costs) is $ ______

D. RELIEF WANTED

I AM ASking For $ 6,000,000 million For Losses And Defamation of character And punitive DAMAGES, Loss of Home, car, Financial Dept Employer USED ME For A Fraudulent Business And committed unemployment INSurance FRAUD By False STATEments and perjury

IM Asking court To AUDIT All Businesses And property For violations STATEd in STATEment of claims.

IM Asking court To AUDIT All employee's During my Employment OF SEPT 21, 2020 To November 26, 2021) I WAS slandered and Defamed To other Companies.

E. JURY DEMAND

☒ JURY Demand - I want a Jury To hear my case.

☐ COURT TRIAL - I want a Judge To hear my case

DATED This 13 day of November 2022

Respectfully Submitted,

Signature of plaintiff James Darren Eldridge

plaintiffs Prisoner ID Number 27502

mailing ADDress 501 court Ave. Jeffersonville, INDiana 47130

clark county Detention center